UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | | |
|---|---|---|
| JOHNATHAN MATSON,<br>        Plaintiff | )<br>)<br>) | |
| v. | )<br>) | CASE NO. 2:14-cv-171 |
| JOSEPH SZAREJKO,<br>        Defendant. | )<br>)<br>) | |

### DISCOVERY CERTIFICATE

I hereby certify that on the 15th day of January, 2015, I served Defendants' Initial Disclosures upon the Plaintiff by sending the same via first class mail, postage pre-paid, to the following counsel:

    Brian R. Marsicovetere
    Marsicovetere Law Group
    P.O. Box 799
    White River Jct., VT  05001


**DATED** at Montpelier, Vermont this 15th day of January, 2015.

                              STATE OF VERMONT

                              WILLIAM H. SORRELL
                              ATTORNEY GENERAL

            By:    /s/ *David McLean*
                              David McLean
                              Assistant Attorney General
                              Office of the Attorney General
                              109 State Street
                              Montpelier, VT 05609-1001
                              Tel. (802) 828-1101
                              David.McLean@state.vt.us

                              Counsel for Defendants