IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| JONATHAN MATSON, | ) | CIVIL CASE NO: 2:14-cv-171 |
| Plaintiff, | ) | |
| v. | ) | |
| JOSEPH SZAREJKO, | ) | |
| Defendant. | ) | |

ASSENTED MOTION TO EXTEND TIME

NOW COMES the plaintiff, through counsel, and hereby moves this Honorable Court to extend the time for filing an objection to the Defendant's Motion to Dismiss by four days, to March 23, 2015.  Counsel for the defendant assented to this motion.  Defense Counsel had an emergent matter arise over the last seven days that required his attention to an investigation being conducted by Vermont State Police, and further necessitated attendance at their barracks for an interview of the client.

                                                                           Respectfully submitted,

| | |
|---|---|
| March 18, 2015 | By: /s/ Brian Marsicovetere |
| Date | Marsicovetere Law Group, PC. |
| | PO Box 799 |
| | White River Junction, VT 05001 |
| | bmariscovetere@rivercitylawyers.com |
| | (802) 296-6200 ext. 109 |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the below date a copy of this pleading and the attachment was served upon counsel for Defendants by this Court's ECF management system.


<u>March 18, 2015</u>                                      /s/ Brian R. Marsicovetere
    Date