UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JONATHAN MATSON,         )<br>                                              )<br>            Plaintiff.        )         Civil No.  2:14-cv-171<br>                                              )<br>        v.                           )<br>                                              )<br>JOSEPH SZAREJKO,      )<br>                                              )<br>            Defendant.    )  | |

### STIPULATED DISCOVERY SCHEDULE/ORDER

The parties submit the following Discovery Schedule pursuant to Local Rule 26(a)(3):

1.    The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before January 2, 2015 .

2.    The parties shall serve all interrogatories and requests for production on or before April 15, 2015.

3.    Depositions of all non-expert witnesses shall be completed by June 30, 2015.

4.    Plaintiff shall submit expert witness reports on or before May 31, 2015.  Depositions of Plaintiff's expert witnesses shall be completed by June 30, 2015.

5.    Defendant shall submit expert witness reports on or before July 30, 2015. Depositions of defendant's expert witnesses shall be completed by August 31, 2015.

6.    The Early Neutral Evaluation session shall be conducted on _____ at _____ a.m.   The parties have agreed that    Richard Cassidy    will Serve as the early neutral evaluator.

7.    The parties shall serve all requests for admission on or before July 30, 2015.

8.    All discovery shall be completed by August 31, 2015 (no later than 8 months after filing of the Answer or Third-Party Answer).

9.    Motions for joinder of parties and amendments to the pleadings shall be filed on or before February 1, 2015.

10.   Motions, including summary judgment motions but excluding motions relating to the

conduct of the trial, shall be filed on or before <u>September 30, 2015</u>.

11.     This case shall be ready for trial by <u>November 30, 2015</u>.

<u>3/6/2015</u>                                                                      <u>David McLean, Esq.</u>
Date                                                                               Attorney for Defendant

<u>3/6/2015</u>                                                                      <u>Brian R. Marsicovetere, Esq</u>
Date                                                                               Plaintiff's Attorney

**APPROVED and SO ORDERED:**

<u>   03/20/2015             </u>                                         <u>/s/ William K. Sessions III         </u>
Date                                                                               William K. Sessions III
                                                                                    U.S. District Judge