# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JONATHAN MATSON, ) | |
| ) | |
| Plaintiff. ) | Civil No. 2:14-cv-171 |
| ) | |
| v. ) | |
| ) | |
| JOSEPH SZAREJKO, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED DISCOVERY SCHEDULE/ORDER

The parties submit the following Discovery Schedule pursuant to Local Rule 26(a)(3):

1. The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before January 2, 2015.

2. The parties shall serve all interrogatories and requests for production on or before February 1, 2015.

3. Depositions of all non-expert witnesses shall be completed by November 15, 2015.

4. Plaintiff shall submit expert witness reports on or before September 1, 2015. Depositions of Plaintiff's expert witnesses shall be completed by October 1, 2015.

5. Defendant shall submit expert witness reports on or before October 1, 2015. Depositions of defendant's expert witnesses shall be completed by November 1, 2015.

6. The Early Neutral Evaluation session shall be conducted on October 30, 2015 at 9:00 a.m. The parties have agreed that Richard Cassidy will Serve as the early neutral evaluator.

7. The parties shall serve all requests for admission on or before November 15, 2015.

8. All discovery shall be completed by November 30, 2015 (no later than 8 months after filing of the Answer or Third-Party Answer).

9. Motions for joinder of parties and amendments to the pleadings shall be filed on or before February 1, 2015.

10. Motions, including summary judgment motions but excluding motions relating to the

conduct of the trial, shall be filed on or before <u>December 15, 2015</u>.

11. This case shall be ready for trial by <u>January 15, 2015</u>.

<u>  08/31/15  </u>                                            <u>David McLean, Esq.</u>
    Date                                                 Attorney for Defendant

                                                         <u>Brian R. Marsicovetere, Esq</u>
                                                         Plaintiff's Attorney

**APPROVED and SO ORDERED:**

<u>              </u>                                                      <u>                        </u>
    Date

                                                         U.S. District/Magistrate Judge